IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,              )
                             )
v.                           )
                             )  Case No. 15-cv-1414-DMS-BGS
                             )
GREGORY A. GOODRICH, individually )
and d/b/a WEST COAST         )
RAINGUTTERS; WEST COAST      )
RAINGUTTERS, INC.; and W.C.  )
RAINGUTTERS, INC.,           )
                             )
    Defendants.             )
_____ )

**ORDER GRANTING THE UNITED STATES' MOTION
TO IMPOSE COMPLIANCE AND REPORTING OBLIGATIONS
FOR AN ADDITIONAL SIX MONTHS**

The Court has considered the United States' request to impose the "Additional Terms" in the Court's Orders of January 13, 2017; July 21, 2017; February 21, 2018; October 15, 2018; September 25, 2019, and April 27, 2020, for an additional six months. These terms imposed certain compliance and reporting requirements on defendant Gregory Goodrich. Based on the motion and the record before the Court, the request is GRANTED. More specifically, in addition to the terms of the permanent injunction, Mr. Goodrich is ORDERED to continue to adhere to the following requirements:

a) Before Mr. Goodrich pays himself, his wife, or any other employee (whether weekly, twice a month, or on any other schedule), and before he takes any other distributions from the business, or pays personal expenses to third parties from the business, he must pay the associated federal employment taxes first—and if he cannot afford to do so, he must refrain from making the payment or allowing anyone else to do so, whether by paper check, electronic transfer, or other means; and

b) on or before the 15th and the last day of every month, *i.e.*, two times a month, Mr. Goodrich must provide the Department of Justice attorney assigned to the matter (currently the undersigned counsel E. Carmen Ramirez) ***and*** the IRS Revenue Officer assigned to the matter (currently Nelli Ayrapetyan) documentation from his payroll services provider showing the amounts owed in federal employment taxes, and an account statement printed from the internet or other documentation from his business's bank or credit union account showing what tax or other payments have been made through the account; and

c) on or before the last day of every month, Mr. Goodrich must file a status report to the Court, on the public docket, attesting, under penalties of perjury, to the aggregate amount he has paid his employees

(including his wife and himself), the amount he owes in employment taxes on that compensation, and the amount in taxes he has paid.

These terms shall remain in place for at least an additional six months beyond the date of this Order. The United States shall submit a status report within six months opining on whether the terms should be lifted or otherwise modified.

IT IS SO ORDERED.

Dated: February 3, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court