

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | **Civil Action No.** 15-cv-01414-DMS-BGS |
| **Plaintiff,** | |
| **V.** | |
| West Coast Raingutters, Inc.; Gregory A Goodrich,individually doing business as West Coast Raingutters; W.C. Raingutters, Inc. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court has considered the United States' motion for attorneys' fees and costs, and has determined that the Motion shall be GRANTED, pursuant to the Court's powers to enforce the tax laws under 26 U.S.C. § 7402; the Court's equitable powers to award fees when a party has acted in bad faith or in contempt proceedings; and in the interests of justice. Judgment in favor of the United States in the amount of $4,127.26 in attorney's fees, $975.10 for coach airfare; and $141 for lodging, for a total of $5,243.36 against defendant Gregory Goodrich.

**Date:** _____5/8/24_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  D.Frank _____

D.Frank, Deputy